

The Setai building
40 Broad Street
7th floor
New York, New York 10004
Telephone: (212) 943-9080
www.vandallp.com

**Jack L. Newhouse, Esq**.
Associate
jnewhouse@vandallp.com

November 24, 2015

VIA USPS Mail
Angel E. Morales
782 HIGHLAND AVE
NEWARK NJ 07104

<div align="center">RE: <b>Suburban Disposal Inc – Notice of Settlement Amount</b></div>

Dear Angel E. Morales:

 Enclosed you will find a Notice of Individual Settlement Amount. You are receiving this notice because you have submitted a claim form to participate in this Class Action settlement.

Estimado Angel E. Morales:

 En las siguientes paginas encontrará un aviso de cantidad de soluciónes Individual. Usted está recibiendo este aviso porque usted ha presentado una solicitud para participar en este acuerdo de demanda colectiva.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARLON BARRIOS and ANGEL MORALES individually and on behalf of all other persons similarly situated who were employed by SUBURBAN DISPOSAL INC., LOUIS T. ROSELLE, INC., CHRISTOPHER ROSELLE, DANIEL J. ROSELLE, and LOUIS ROSELLE, and/or any other entities affiliated with or controlled by SUBURBAN DISPOSAL INC., LOUIS T. ROSELLE, INC., CHRISTOPHER ROSELLE, DANIEL J. ROSELLE, and LOUIS ROSELLE, <br><br><div align=right>Plaintiffs,</div><br><div align=center>-against-</div><br> SUBURBAN DISPOSAL INC., LOUIS T. ROSELLE, INC., CHRISTOPHER ROSELLE, DANIEL J. ROSELLE, and LOUIS ROSELLE, and/or any other entities affiliated with or controlled by SUBURBAN DISPOSAL INC., LOUIS T. ROSELLE, INC., CHRISTOPHER ROSELLE, DANIEL J. ROSELLE, and LOUIS ROSELLE, <br><br><div align=right>Defendants.</div> | **Docket No.: 12-cv-03663 WJM-MF** |

<u>**NOTICE OF INDIVIDUAL SETTLEMENT AMOUNT**</u>

> - **You are receiving this Notice because you submitted a claim form to participate in this class action settlement**
>
> - **This Notice is being sent to you to inform you of your individual settlement amount.**

Individual Settlement Amount for: Angel E. Morales

- Gross Individual Settlement Amount
  (Before deductions for fees, costs and taxes)                     <u>$ 4,432.81</u>
- Contributions:
       15% Attorneys' Fees and Costs                                         <u>$ 664.92</u>

       Service Award                                                                     <u>$ 74.64</u>

- Net Individual Settlement Amount                                        <u>$ 3,693.24</u>

## 1. Individual Settlement Amount Calculation

Your Individual Settlement Amount was calculated based on the following formula and definitions.

A.  A "**Full-Time**" worker shall be defined as a class participant that worked 5 or more days per week for 66.67% of the weeks worked during the Relevant Period.

B.  A "**Part-Time**" worker shall be defined as a class participant that is not a Full-Time worker.

C.  Full-Time workers shall be entitled to 5.56% of their W-2 or 1099 reported gross earnings during the Relevant Period as defined herein.

D.  Part-Time workers shall only be entitled to payments if they worked five or more days per week and compensated as follows: (i) 5 days of work in a consecutive seven day week shall be entitled to five hours pay at a rate of one-half their regular hourly wage.; (ii) 6-7 days of work in a consecutive seven day week shall be entitled to ten hours pay at a rate of one-half their regular hourly wage.

E.  Full-Time and Part-Time Suburban Disposal FLSA Collective Members and Louis T. Roselle, Inc. FLSA Collective Members shall be entitled to liquidated damages in an amount equal to 100% of the wages they are entitled to pursuant to (C) or (D) above.  Each Claimant shall contribute a sum equal to fifteen percent (15%) of his or her Individual Gross Amount for payment of professional fees and costs, plus an additional proportional amount to account for the service awards.

F.  A complete description of the settlement allocation formula may be found in the executed Settlement Agreement on file with the Clerk of the Court.

## 2. Do I Need To Do Anything Else to Get My Settlement Check?

You do not have to do anything else at this time since you already filed a Claim Form electing to participate in this settlement.  We will let you know if you need to submit any additional documents prior to getting your settlement check.

## 3. What If I Have Questions About My Settlement Amount?

Any questions relating to your Settlement Amount **must be made in writing** by regular mail, e-mail, or fax to:

<div align="center">

Jack Newhouse, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10004
E-mail: jnewhouse@vandallp.com
Fax: 212-943-9082

</div>

Any questions you have about your Settlement Amount **must be made in writing** to Jack Newhouse, Esq., and include a detailed explanation as to why you believe your Settlement Amount is incorrect.  **The deadline for disputing your Individual Settlement Amount is December 24, 2015**.

## 4. How Do I Exclude Myself From The Lawsuit?

If you do not wish to participate in this proposed settlement, but you want to keep the right to sue or continue to sue Defendants, on your own, about the legal issues in this case or which could have been brought in this case, then you must take steps to exclude yourself from this case.

If you intend to exclude yourself, you must mail a written, signed statement to the Settlement Claims Administrator stating "I opt out of the Suburban/Roselle lawsuit" and include your name, address, and telephone numbers ("Opt-out Statement").  To be effective, the Opt-out Statement must be and mailed, fax

or emailed to the Settlement Claims Administrator on or before the Bar Date, December 24, 2015. If you mail the Claim Form and Release it must be post-marked by the Bar Date and mailed to:

<div align="center">

FRG Information Systems
P.O. Box 460 Peck Slip Sta
New York, N.Y. 10272
Tele (212) 490 3550
FAX (212) 490-5709
Email: efile@frginfosys.com
RE: Suburban/Roselle Class Action

</div>

If you exclude yourself from the Lawsuit and Settlement, you will NOT be allowed to object to the settlement or dispute your Individual Settlement Amount.

## 5. Fairness Hearing Date

The Court will hold a Fairness Hearing on <u>January 07, 2016 at 10:00 a.m</u>. at the United States District Courthouse, 60 Walnut Street, Newark, New Jersey.  The hearing will take place before Hon. Mark Falk.  At this hearing Judge Falk will consider whether the terms of the settlement are fair, reasonable, and adequate.  If there are objections, the Court will consider them.   The Judge will listen to people who have asked to speak at the hearing.  The Court may also decide how much to pay to Class Counsel.  After the hearing, the Court will decide whether to approve the settlement.  We do not know how long these decisions will take.