| 1/6/2016 | Virginia & Ambinder, LLP | |
|---|---|---|
| 12:04 PM | Expenses by Client | Page    1 |

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Slip.Slip Type | Expense |
| Clie.Selection | Include: Suburban Disposal |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Client: Suburban Disposal | | | | | |
| 373139<br>  6/8/2012<br>  WIP<br>  Court fee | EXP | Eric Jagielski<br>$Court Fee<br>Suburban Disposal | 1 | 350.00 | 350.00 |
| 379125<br>  7/12/2012<br>  WIP<br>  [No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 3.80 | 3.80 |
| 383426<br>  8/8/2012<br>  WIP<br>  Service Fee | EXP | Eric Jagielski<br>$Service Fee<br>Suburban Disposal | 1 | 75.00 | 75.00 |
| 383427<br>  8/8/2012<br>  WIP<br>  Service Fee | EXP | Eric Jagielski<br>$Service Fee<br>Suburban Disposal | 1 | 75.00 | 75.00 |
| 387204<br>  9/6/2012<br>  WIP<br>  LexisNexis | EXP | Venus Velez<br>$Legal Research<br>Suburban Disposal | 1 | 0.14 | 0.14 |
| 391620<br>  10/4/2012<br>  WIP<br>  Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 20.27 | 20.27 |
| 393127<br>  10/15/2012<br>  WIP<br>  [No description] | EXP | Eric Jagielski<br>$PACER fee<br>Suburban Disposal | 1 | 0.80 | 0.80 |
| 397347<br>  11/16/2012<br>  WIP<br>  Westlaw | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 16.47 | 16.47 |

| 1/6/2016 | | Virginia & Ambinder, LLP | | | |
|---|---|---|---|---|---|
| 12:04 PM | | Expenses by Client | | | Page   2 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 406556<br>  1/22/2013<br>  WIP<br>   [No description] | EXP | Eric Jagielski<br>$PACER fee<br>Suburban Disposal | 1 | 4.30 | 4.30 |
| 426345<br>  5/23/2013<br>  WIP<br>   Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 5.12 | 5.12 |
| 436214<br>  8/2/2013<br>  WIP<br>   Westlaw | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 390.81 | 390.81 |
| 436229<br>  8/2/2013<br>  WIP<br>   Westlaw | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 259.50 | 259.50 |
| 436451<br>  8/2/2013<br>  WIP<br>   [No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 0.30 | 0.30 |
| 436872<br>  8/7/2013<br>  WIP<br>   [No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 0.40 | 0.40 |
| 436873<br>  8/7/2013<br>  WIP<br>   [No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 5.60 | 5.60 |
| 440910<br>  9/9/2013<br>  WIP<br>   Transportation | EXP | Venus Velez<br>$Transportation<br>Suburban Disposal | 1 | 12.00 | 12.00 |
| 444965<br>  10/9/2013<br>  WIP<br>   Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 65.90 | 65.90 |
| 447168<br>  10/29/2013<br>  WIP<br>   Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 250.77 | 250.77 |
| 447207<br>  10/29/2013<br>  WIP<br>   Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 259.50 | 259.50 |

| | | Virginia & Ambinder, LLP | | | |
|---|---|---|---|---|---|
| 1/6/2016 | | Expenses by Client | | | |
| 12:04 PM | | | | | Page    3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 447768<br>10/31/2013<br>WIP<br>[No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 50.90 | 50.90 |
| 447769<br>10/31/2013<br>WIP<br>[No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 0.20 | 0.20 |
| 454814<br>1/2/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 1.67 | 1.67 |
| 454815<br>1/2/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 181.68 | 181.68 |
| 459011<br>1/31/2014<br>WIP<br>[No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 3.00 | 3.00 |
| 459012<br>1/31/2014<br>WIP<br>[No description] | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 1.40 | 1.40 |
| 463783<br>3/10/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 19.89 | 19.89 |
| 464725<br>3/18/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 14.03 | 14.03 |
| 464877<br>3/19/2014<br>WIP<br>Transportation | EXP | Venus Velez<br>$Transportation<br>Suburban Disposal | 1 | 20.00 | 20.00 |
| 467997<br>4/8/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 4.18 | 4.18 |
| 468048<br>4/8/2014<br>WIP<br>Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 64.84 | 64.84 |

| | | | | |
|---|---|---|---|---|
| 1/6/2016 | | Virginia & Ambinder, LLP | | |
| 12:04 PM | | Expenses by Client | | Page    4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 469818<br>  4/22/2014<br>  WIP<br>  PACER fee | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 0.80 | 0.80 |
| 469819<br>  4/22/2014<br>  WIP<br>  PACER fee | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 34.50 | 34.50 |
| 469820<br>  4/22/2014<br>  WIP<br>  PACER fee | EXP | Venus Velez<br>$PACER fee<br>Suburban Disposal | 1 | 3.70 | 3.70 |
| 475661<br>  6/5/2014<br>  WIP<br>  Lexis | EXP | Venus Velez<br>$Westlaw/Lexis<br>Suburban Disposal | 1 | 15.26 | 15.26 |
| 498588<br>  11/5/2014<br>  WIP<br>  [No description] | EXP | Eric Jagielski<br>$PACER fee<br>Suburban Disposal | 1 | 0.10 | 0.10 |
| 502410<br>  11/26/2014<br>  WIP<br>  Transportation | EXP | Izabela Gardock<br>$Transportation<br>Suburban Disposal | 1 | 24.00 | 24.00 |
| 517546<br>  2/25/2015<br>  WIP<br>  Login 2657597 - Court NJDC - Date 1/22/2015 - Invoice #2657597-Q42014 - Invoice for Month of January 2015 | EXP | Nancy Abreu-Duv<br>$PACER fee<br>Suburban Disposal | 1 | 2.50 | 2.50 |
| 529285<br>  4/17/2015<br>  WIP<br>  Pacer Fee - Invoice #2657597-Q12015 - Date: 01/01/15 - 03/31/15 | EXP | Nancy Abreu-Duv<br>$PACER fee<br>Suburban Disposal | 1 | 10.70 | 10.70 |
| 529286<br>  4/17/2015<br>  WIP<br>  Pacer Fee - Invoice #2657597-Q12015 - Date: 01/01/15 - 03/31/15 | EXP | Nancy Abreu-Duv<br>$PACER fee<br>Suburban Disposal | 1 | 2.00 | 2.00 |
| 534861<br>  5/15/2015<br>  WIP<br>  Lexis Nexis - Invoice #1503418324 | EXP | Nancy Abreu-Duv<br>$Legal Research<br>Suburban Disposal | 1 | 46.97 | 46.97 |

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2016 | | Virginia & Ambinder, LLP | | | |
| 12:04 PM | | Expenses by Client | | | Page     5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 546930<br>  7/13/2015<br>  WIP<br>  UPS forms to join claim to Robert Wilson, overnight upon<br>  receiving new address. | EXP | Griffin Simpson<br>$UPS<br>Suburban Disposal | 1 | 25.79 | 25.79 |
| 548708<br>  7/20/2015<br>  WIP<br>  UPS - Adjustments | EXP | Nancy Abreu-Duv<br>$UPS<br>Suburban Disposal | 1 | 3.68 | 3.68 |
| 548710<br>  7/20/2015<br>  WIP<br>  UPS - Adjustments | EXP | Nancy Abreu-Duv<br>$UPS<br>Suburban Disposal | 1 | 22.10 | 22.10 |
| 548776<br>  7/20/2015<br>  WIP<br>  Pacer Fee - 2nd Qtr Invoice | EXP | Nancy Abreu-Duv<br>$PACER fee<br>Suburban Disposal | 1 | 1.20 | 1.20 |
| 548777<br>  7/20/2015<br>  WIP<br>  Pacer Fee - 2nd Qtr Invoice | EXP | Nancy Abreu-Duv<br>$PACER fee<br>Suburban Disposal | 1 | 4.40 | 4.40 |
| 551034<br>  7/29/2015<br>  WIP<br>  UPS | EXP | Nancy Abreu-Duv<br>$UPS<br>Suburban Disposal | 1 | 25.79 | 25.79 |
| 570685<br>  10/20/2015<br>  WIP<br>  Pacer Billing from 7-01-15 - 09-30-15 | EXP | Ana Valerio<br>$PACER fee<br>Suburban Disposal | 1 | 6.80 | 6.80 |
| 579969<br>  11/24/2015<br>  WIP<br>  Postage | EXP | Iwona Ner<br>$Postage<br>Suburban Disposal | 152 | 0.48 | 72.96 |
| 580675<br>  11/30/2015<br>  WIP<br>  Postage | EXP | Ana Valerio<br>$Postage<br>Suburban Disposal | 2 | 0.485 | 0.97 |
| 581338<br>  12/2/2015<br>  WIP<br>  Postage | EXP | Ana Valerio<br>$Postage<br>Suburban Disposal | 1 | 0.485 | 0.49 |
| 585081<br>  12/16/2015<br>  WIP<br>  Postage | EXP | Ana Valerio<br>$Postage<br>Suburban Disposal | 1 | 0.485 | 0.49 |

| 1/6/2016 | Virginia & Ambinder, LLP | |
|---|---|---|
| 12:04 PM | Expenses by Client | Page    6 |

| Slip ID | Attorney | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
|---|---|---|---|---|
| 588327           EXP | Ana Valerio | 1 | 11.64 | 11.64 |
| 1/6/2016 | $Legal Research | | | |
| WIP | Suburban Disposal | | | |
| LexisNexis-December billing, Invoice #: 3090415570 | | | | |

Total: Suburban Disposal

| | Billable | 0.00 | | 2474.31 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2474.31 |

Grand Total

| | Billable | 0.00 | | 2474.31 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2474.31 |

**FRG INFORMATION SYSTEMS CORP.**

240 MADISON AVENUE, FL 7
NEW YORK, NY 10016

MAILING ADDRESS:
P.O. BOX 460
PECK SLIP STATION
NEW YORK, NY 10272

TEL (212)490-3550
FAX (212)490-5709
INFO@FRGINFOSYS.COM
WWW.FRGINFOSYS.COM

January 6, 2016

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10004

---

For Services Rendered in class notification and claims processing in *Re:Suburban Roselle Class Action* (Notices dated January 16, 2014 and May 19, 2015) ….. .$10,102.00